■ NICHOLAS L. MELILLO, Respondent, v ELLEN GRAHAM, Appellant.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on September 26, 1984, unanimously affirmed for the reasons stated by Cohen, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Carro, Fein, Milonas and Rosenberger, JJ.